# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PHENIX LONGHORN LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG DISPLAY CO., LTD., SAMSUNG MEXICANA S.A. DE C.V., and SAMSUNG ELECTRONICS AMERICA, INC.,<br>        Defendants. | Case No. 2:24-cv-01077-RWS-RSP |

## ORDER

Before the Court is the Joint Motion for Extension of Time to File a Proposed Protective Order filed by Plaintiff Phenix Longhorn, LLC and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America Inc., and Samsung Display Co., Ltd. **Dkt. No. 64.** After considering the same, the Court is of the opinion that the Motion should be **GRANTED**.

It is **ORDERED** that the Parties' deadline to file a proposed Protective Order is extended to June 25, 2025.

**SIGNED this 23rd day of June, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE