**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PHENIX LONGHORN LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-1077-RWS |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the parties' Third Joint Status Report and Joint Motion for Extension of Stay of All Deadlines. Docket No. 102. In their second joint status report, the parties advised the Court that they were continuing to meet and confer and would provide an update on the status of any potential resolution of the case within 30 days. Docket No. 100. The parties subsequently filed this status report advising the Court that the parties are still exploring the potential resolution of this matter. Docket No. 102 at 2. After review, and because it is jointly entered, the motion (Docket No. 102) is **GRANTED**. Accordingly, it is

**ORDERED** that all deadlines in the above-captioned case are **STAYED** until **December 18, 2026**. If the matter has not been dismissed before the expiration of the stay, the parties are **ORDERED** to meet and confer and file a joint status update.

**So ORDERED and SIGNED this 17th day of November, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE